IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA CHOPRA, | No. 09-05061 CW |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S OPPOSITION BRIEFS TO DEFENDANTS' MOTIONS TO DISMISS |
| v. | |
| MEDICAL BOARD OF CALIFORNIA, et al., | |
| Defendants. | |

On August 26, 2010, Defendants Medical Board of California, Linda Whitney, Candis Cohen, Renee Threadgill, Jennifer Simoes, Barbara Yaroslavsky, Gerrie Shipske, Janet Salomonson, Mary Lynn Moran, Reginald Low, Jorge Carreon, John Chin, Shelton Duruisseau, Eric Esrailian, Hedy Chang, Frank Zerunyan and Sharon Levine moved to dismiss Plaintiff Reena Chopra's claims against them. On September 7, 2010, Defendant Peter VanOosting and Defendants County of Alameda, Cheryl Poncini and Kathleen Boyovich filed separate motions to dismiss Plaintiff's claims. The three motions were set for hearing on October 28, 2010. Plaintiff's opposition briefs were due October 7, 2010, but none were filed.

Plaintiff shall respond to the motions by October 19, 2010, or her case will be dismissed for failure to prosecute. If opposition briefs are filed, Defendants' replies shall be due one week thereafter. Defendants' motions will be taken under submission on

1  the papers.  The Court VACATES the hearing on these motions, set
2  for October 28, 2010.  The case management conference, also
3  scheduled for October 28, is continued to December 14, 2010 at 2:00
4  p.m.
5      IT IS SO ORDERED.

7  Dated: 10/12/2010
                                    CLAUDIA WILKEN
8                                   United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

REENA CHOPRA,

      Plaintiff,

v.

MEDICAL BOARD OF CALIFORNIA et al,

      Defendant.

Case Number: CV09-05061 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reena Chopra
644 Fulton St. #2
Redwood City, CA 94061

Dated: October 12, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3