IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REENA CHOPRA,

        Plaintiff,

  v.

MEDICAL BOARD OF CALIFORNIA, et al.,

        Defendants.
                                       /

No. C 09-05061 CW

ORDER DISMISSING PLAINTIFF'S ACTION FOR FAILURE TO PROSECUTE AND DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS
(Docket Nos. 45, 49 and 51)

     On October 12, 2010, the Court warned Plaintiff Reena Chopra that, if she did not oppose Defendants' motions to dismiss by October 19, 2010, her case would be dismissed for failure to prosecute.  On October 19, Plaintiff responded that she had not received Defendants' motions,[1] which she eventually obtained from the Clerk of the Court, and requested additional time to oppose them.  The Court granted Plaintiff's request, directed her to oppose Defendants' motions by November 9, 2010 and warned her that, if she did not do so, her action would be dismissed for failure to prosecute.

     Notwithstanding the Court's first warning, subsequent extension of time and second warning, Plaintiff failed to file any opposition to Defendants' motions.  Accordingly, Plaintiff's action is dismissed without prejudice for failure to prosecute.

---

[1] Notably, Defendants' motions were accompanied by proofs of service, indicating that Plaintiff was served through United States Mail at the address listed in the Court's records.  Plaintiff has received Court orders sent to this address.

1  Defendants' motions to dismiss are DENIED as moot (Docket Nos. 45,
2  49 and 51).  The Clerk shall close the file.
3       IT IS SO ORDERED.

5  Dated: 11/12/2010
                                    CLAUDIA WILKEN
6                                   United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

REENA CHOPRA,

        Plaintiff,

v.

MEDICAL BOARD OF CALIFORNIA et al,

        Defendant.

Case Number: CV09-05061 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reena Chopra
644 Fulton St. #2
Redwood City,  CA 94061

Dated: November 12, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3